MILES CITY NATIONAL BANK, APPELLANT, *v.* CUSTER COUNTY ET AL., RESPONDENTS.

(No. 5,863.)

(Decided February 10, 1928.)

[264 Pac. 121.]

*Appeal from District Court, Custer County; Stanley E. Felt, Judge.*

ACTION by the Miles City National Bank against Custer County and John E. deCarle, Treasurer of said county. Judgment for defendants and plaintiffs ˙appeal. Reversed, with direction to enter judgment for plaintiffs.

*Messrs. Loud & Leavitt,* for Appellants.

*Mr. L. A. Foot,* Attorney General, *Mr. A. H.* `Angstman,* Assistant Attorney General, and *Mr. Rudolph Nelstead,* County Attorney of Custer County, for Respondents.

Opinion: PER CURIAM.

What is said in *Commercial National Bank of Miles City* v. *Custer County,* ante, p. 505, 264 Pac. 121, is in all respects applicable to this case.

The judgment of the district court is reversed, and the cause is remanded with directions to take such action in the premises as by the mandate of the supreme court of the United States shall be proper, and the clerk of this court is hereby directed to issue a remittitur in accordance with Rule XXI of the Rules of this court.

*Reversed and remanded.*